IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| PINE STREET REALTY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 03 12617 RGS |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGIA MAE BELLANGER, MINNIE | ) | Formerly |
| SHEDD, LUCY PETTEE SPOONER, | ) | Civil No. 01-01833 |
| ALICE BABCOCK, MASSACHUSETTS | ) | Norfolk Co. Sup. Ct. |
| NEW CHURCH UNION, ROXBURY | ) | |
| SOCIETY OF THE NEW CHURCH, | ) | |
| BOSTON, SOCIETY OF THE NEW CHURCH | ) | |
| OF BOSTON, NEIGHBORHOOD HOUSE | ) | MAGISTRATE JUDGE Alexander |
| ASSOCIATION OF LYNN, MA, PAUL A. | ) | |
| BABCOCK, INDIVIDUALLY and AS | ) | |
| CONSERVATOR OF THE ESTATE OF | ) | |
| ROSAMOND M. BABCOCK, ERNEST J. | ) | |
| BABCOCK, INDIVIDUALLY and AS | ) | |
| ADMINISTRATOR OF THE ESTATE OF | ) | |
| ROSAMOND BABCOCK, PAUL A. | ) | |
| BABCOCK, III, ANN BABCOCK, TRUSTEE | ) | |
| OF THE MILTON BABCOCK TRUST OF | ) | |
| DECEMBER 31, 1996, UNITED STATES OF | ) | |
| AMERICA, MASSACHUSETTS DEPARTMENT | ) | |
| OF REVENUE, BENJAMIN W. NASON, | ) | |
| EXECUTOR OF THE ESTATE OF MARJORIE | ) | |
| A. BABCOCK, WINIFRED FOURNIER, | ) | |
| LOUISE ROBY, JEAN R. DUDLEY, A/K/A | ) | |
| JEAN ROSS DUDLEY, EXECUTRIX OF | ) | |
| THE ESTATE OF ELIZABETH CHAUNCY | ) | |
| DUDLEY MITCHELL, the HEIRS, ASSIGNS, OR | ) | |
| DEVISEES OF MARY E. DUDLEY, PAUL F. | ) | |
| DUDLEY, INDIVIDUALLY and AS | ) | |
| EXECUTOR UNDER THE WILL OF | ) | |
| CHARLOTTE PREBBLE DUDLEY, R. BRUCE | ) | AMOUNT $ N/A |
| CAY, JR., INDIVIDUALLY and AS TRUSTEE | ) | SUMMONS ISSUED N/A |
| UNDER THE WILL OF CHARLOTTE PREBBLE | ) | LOCAL RULE 4.1 |
| DUDLEY, DEBORAH CAY HOLMES, A/K/A | ) | WAIVER FORM |
| DEBORAH DUDLEY CAY, SUSAN CAY, | ) | |

- 2 -

ANNE C. WEBB, ELAINE VIEHMANN,                )
THE HEIRS, ASSIGNS, or DEVISEES OF            )
EDWARD D. TALBOT, WILLIAM T.                  )
CHATER, the HEIRS, ASSIGNS OR DEVISEES        )
OF MARGARET EDITH BABCOCK PETTEE,             )
SUSAN GILLETT BLAIR, PHILLIP LORING           )
GILLETT, the HEIRS, ASSIGNS OR DEVISEES       )
OF OMER RAND GILLETT, the HEIRS,              )
ASSIGNS, OR DEVISEES OF LEWIS GOODE           )
GILLETT, HELEN A. GILLETT, MARY RAND,         )
WILLARD RAND, the HEIRS, ASSIGNS, OR          )
DEVISEES OF WILLARD RAND, WESLEY J.           )
DUDOVICZ, CATHERINE S. DUDOVICZ,              )
ELIZABETH J, RAND, A/K/A SISTER MARIA         )
TRINITAS, DONALD J. SASIN, DOROTHY A.         )
SASIN, EDWARD S. MCCLOUD, NANCY               )
MCCLOUD, MATTHEW C. BIRNEY,                   )
SHANNON J. SIRAGUSA, AMELIA                   )
WHITAKER, JAMES A. BURGUN, ROBERT             )
F. MCEANEY, ROBERT J. WAGNER,                 )
ELIZABETH ANN WAGNER, JAMES M.                )
HALLEY, ROBERT B. HALLEY, CATHERINE           )
M. WRIGHT, DOUGLAS K. HALLEY, FERN            )
L. WRIGHT, GORDON S. HALLEY,                  )
HARRIETTE K. HALLEY, ALFRED CROWD, JR.)
DANIEL CROWD, DAVID C. CROWD,                 )
ALFRED A. PHILLIPS, JR., MELVIN               )
PHILLIPS, FRANCIS PHILLIPS, JOHN M.           )
PHILLIPS, ANDREA BRYAN, MARGARET              )
STORKUS, INDIVIDUALLY and AS                  )
EXECUTRIX OF THE ESTATE OF DAVID              )
CHESTER CROWD, ROY B. LANGILL,                )
INDIVIDUALLY and AS EXECUTOR OF THE           )
ESTATE OF ETTA G. LANGHILL, ROBERT            )
G. ZEPF, DONNA M. ZEPF, TIMOTHY J.            )
RIORDAN, ANNE T. RIORDAN, THOMAS P.           )
VESEY, CAROL A. VESEY, RICHARD                )
JOSEPH GUYETTE, CLAIRE R. GUYETTE,            )
JAMES M. MADDEN, MELISSA MADDEN,              )

| | |
|---|---|
| and THE HEIRS, ASSIGNS, DEVISEES and | ) |
| LEGAL REPRESENTATIVES OF THE | ) |
| ABOVE NAMED DEFENDANTS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The defendant United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully states as follows:

1. The United States of America has been named as a defendant to the civil action affecting property on which the United States may have an interest that is now pending in the Commonwealth of Massachusetts Superior Court for Norfolk County, entitled Pine Street Realty Corp. v. Georgia Mae Bellanger, et al., Civil Action No. 01-01833.

2. This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§1441, 1442 and/or 1444.

3. No prior removal of this action has been attempted.

4. The removal of this action is timely under the provisions of 28 U.S.C. §1446(b) and 28 U.S.C. §2410(b) as the United States was served with a copy of the complaint on December 4, 2003. See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344 (1999) (removal period begins only upon service of summons and complaint).

- 4 -

5. Copies of all pleadings received by the defendant United States in this proceeding are attached hereto.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

**December 30, 2003**

*Barbara Healy Smith*
OFFICE OF THE U.S. ATTORNEY
One Courthouse Way, Suite 9200
Boston, MA  02210

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

*Lydia D. Bottome /ST*

LYDIA D. BOTTOME (BBO # 640367)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560