IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2003 DEC 30 A II: 41
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| PINE STREET REALTY CORP.,      ) | |
|      ) | |
|     Plaintiff,      ) | Civil No. 03 12617 RGS |
|      ) | |
|   v.      ) | |
|      ) | |
| GEORGIA MAE BELLANGER, MINNIE      ) | Formerly |
| SHEDD, LUCY PETTEE SPOONER,      ) | Civil No. 01-01833 |
| ALICE BABCOCK, MASSACHUSETTS      ) | Norfolk Co. Sup. Ct. |
| NEW CHURCH UNION, ROXBURY      ) | |
| SOCIETY OF THE NEW CHURCH,      ) | more ext tim. |
| BOSTON, SOCIETY OF THE NEW CHURCH      ) | |
| OF BOSTON, NEIGHBORHOOD HOUSE      ) | |
| ASSOCIATION OF LYNN, MA, PAUL A.      ) | |
| BABCOCK, INDIVIDUALLY and AS      ) | |
| CONSERVATOR OF THE ESTATE OF      ) | |
| ROSAMOND M. BABCOCK, ERNEST J.      ) | |
| BABCOCK, INDIVIDUALLY and AS      ) | |
| ADMINISTRATOR OF THE ESTATE OF      ) | |
| ROSAMOND BABCOCK, PAUL A.      ) | |
| BABCOCK, III, ANN BABCOCK, TRUSTEE      ) | |
| OF THE MILTON BABCOCK TRUST OF      ) | |
| DECEMBER 31, 1996, UNITED STATES OF      ) | |
| AMERICA, MASSACHUSETTS DEPARTMENT ) | |
| OF REVENUE, BENJAMIN W. NASON,      ) | |
| EXECUTOR OF THE ESTATE OF MARJORIE ) | |
| A. BABCOCK, WINIFRED FOURNIER,      ) | |
| LOUISE ROBY, JEAN R. DUDLEY, A/K/A      ) | |
| JEAN ROSS DUDLEY, EXECUTRIX OF      ) | |
| THE ESTATE OF ELIZABETH CHAUNCY      ) | |
| DUDLEY MITCHELL, the HEIRS, ASSIGNS, OR ) | |
| DEVISEES OF MARY E. DUDLEY, PAUL F.      ) | |
| DUDLEY, INDIVIDUALLY and AS      ) | |
| EXECUTOR UNDER THE WILL OF      ) | |
| CHARLOTTE PREBBLE DUDLEY, R. BRUCE ) | |
| CAY, JR., INDIVIDUALLY and AS TRUSTEE ) | |
| UNDER THE WILL OF CHARLOTTE PREBBLE ) | |
| DUDLEY, DEBORAH CAY HOLMES, A/K/A      ) | |
| DEBORAH DUDLEY CAY, SUSAN CAY,      ) | |

| | |
|---|---|
| ANNE C. WEBB, ELAINE VIEHMANN, | ) |
| THE HEIRS, ASSIGNS, or DEVISEES OF | ) |
| EDWARD D. TALBOT, WILLIAM T. | ) |
| CHATER, the HEIRS, ASSIGNS OR DEVISEES | ) |
| OF MARGARET EDITH BABCOCK PETTEE, | ) |
| SUSAN GILLETT BLAIR, PHILLIP LORING | ) |
| GILLETT, the HEIRS, ASSIGNS OR DEVISEES | ) |
| OF OMER RAND GILLETT, the HEIRS, | ) |
| ASSIGNS, OR DEVISEES OF LEWIS GOODE | ) |
| GILLETT, HELEN A. GILLETT, MARY RAND, | ) |
| WILLARD RAND, the HEIRS, ASSIGNS, OR | ) |
| DEVISEES OF WILLARD RAND, WESLEY J. | ) |
| DUDOVICZ, CATHERINE S. DUDOVICZ, | ) |
| ELIZABETH J, RAND, A/K/A SISTER MARIA | ) |
| TRINITAS, DONALD J. SASIN, DOROTHY A. | ) |
| SASIN, EDWARD S. MCCLOUD, NANCY | ) |
| MCCLOUD, MATTHEW C. BIRNEY, | ) |
| SHANNON J. SIRAGUSA, AMELIA | ) |
| WHITAKER, JAMES A. BURGUN, ROBERT | ) |
| F. MCEANEY, ROBERT J. WAGNER, | ) |
| ELIZABETH ANN WAGNER, JAMES M. | ) |
| HALLEY, ROBERT B. HALLEY, CATHERINE | ) |
| M. WRIGHT, DOUGLAS K. HALLEY, FERN | ) |
| L. WRIGHT, GORDON S. HALLEY, | ) |
| HARRIETTE K. HALLEY, ALFRED CROWD, | ) |
| JR. DANIEL CROWD, DAVID C. CROWD, | ) |
| ALFRED A. PHILLIPS, JR., MELVIN | ) |
| PHILLIPS, FRANCIS PHILLIPS, JOHN M. | ) |
| PHILLIPS, ANDREA BRYAN, MARGARET | ) |
| STORKUS, INDIVIDUALLY and AS | ) |
| EXECUTRIX OF THE ESTATE OF DAVID | ) |
| CHESTER CROWD, ROY B. LANGILL, | ) |
| INDIVIDUALLY and AS EXECUTOR OF THE | ) |
| ESTATE OF ETTA G. LANGHILL, ROBERT | ) |
| G. ZEPF, DONNA M. ZEPF, TIMOTHY J. | ) |
| RIORDAN, ANNE T. RIORDAN, THOMAS P. | ) |
| VESEY, CAROL A. VESEY, RICHARD | ) |
| JOSEPH GUYETTE, CLAIRE R. GUYETTE, | ) |
| JAMES M. MADDEN, MELISSA MADDEN, | ) |

| | |
|---|---|
| and THE HEIRS, ASSIGNS, DEVISEES and | ) |
| LEGAL REPRESENTATIVES OF THE | ) |
| ABOVE NAMED DEFENDANTS, | ) |
| | ) |
| Defendants. | ) |

### UNITED STATES' REQUEST TO ENLARGE TIME TO ANSWER OR RESPOND

On or about **December 30, 2003**, the defendant United States of America removed this action to this Court. The defendant United States hereby respectfully requests this Court enter an order enlarging, to and including February 2, 2004, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

No memorandum is submitted in support of this request as it is not a motion. As provided by Rule 6(b)(1) of the Federal Rules of Civil Procedure, the district court has discretion to grant requests to enlarge time "without motion or notice before the expiration of the period" (emphasis added) In contrast, Rule 6(b)(2) limits enlargements to the granting of motions made upon grounds of excusable neglect. Accordingly, here we are making a timely request under Rule 6(b)(1).

In making this request, we note that Rule 81(c) of the Federal Rules of Civil Procedure governs the procedure in civil actions removed from the state courts to the United States District Courts. Rule 81(c) first provides that the Federal Rules of Civil Procedure apply to removed cases. The Rule goes on to prescribe certain periods for the service of an answer or other defenses. The governing time period under Rule 81(c) may be as short as five days after removal. The undersigned trial counsel represents that more than five days are required to

prepare and to serve an appropriate response raising the defenses of the United States. Moreover, due to the number of factual and legal issues raised by the complaint, the requested enlargement of time is necessary to prepare a proper response.

Therefore, the United States requests additional time in which to answer or otherwise respond to the complaint, up to and including February 4, 2004. A proposed Order is enclosed herewith.

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

December 30, 2003

*[signature]*
OFFICE OF THE U.S. ATTORNEY
One Courthouse Way, Suite 9200
Boston, MA   02210

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

*[signature]*
LYDIA D. BOTTOME (BBO # 640307)
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55, Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560