UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PINE STREET REALTY CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGIA MAE BELLANGER, et al., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 03-12617-RGS |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on this day the original certified or attested to copies of the state court pleadings received from the Clerk/Magistrate of the Norfolk Superior Court, were filed with the United States District Court.

MICHAEL J. SULLIVAN,
UNITED STATES ATTORNEY

BY: /s/ Barbara Healy Smith
Barbara Healy Smith
Assistant U. S. Attorney
U.S. Courthouse - Suite 9200
1 Courthouse Way
Boston, MA  02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on January 15, 2004

/s/ Barbara Healy Smith
Assistant U.S. Attorney

Commonwealth of Massachusetts
NORFOLK SUPERIOR COURT
Case Summary
Civil Docket

# NOCV2001-01833
## Pine Street Realty Coporation v Bellanger et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 11/16/2001 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 12/31/2003 | **Session** | B - Civil B | | |
| **Origin** | 1 | **Case Type** | C03 - Title dispute | | |
| **Lead Case** | | **Track** | F | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 08/15/2002 | **Answer** | 11/30/2002 | **Rule12/19/20** | 04/15/2002 |
| **Rule 15** | 04/15/2002 | **Discovery** | 09/12/2002 | **Rule 56** | 02/17/2004 |
| **Final PTC** | | **Disposition** | 04/17/2004 | **Jury Trial** | No |

### PARTIES

**Plaintiff**
Pine Street Realty Coporation
Active 11/16/2001

**Private Counsel 550158**
Lisa J Delaney
Carvin Delaney & Bryson
44 Adams Street
PO Box 850991
Braintree, MA 02185
Phone: 781-848-4140
Fax: 781-843-4397
Active 11/16/2001 Notify

**Private Counsel 547590**
Michael J Markoff
184 Jones Road
PO Box 212
Falmouth, MA 02541-0212
Phone: 508-548-5500
Fax: 508-548-5520
Active 01/11/2002 Notify

**Defendant**
Georgia Mae Bellanger
Constructively served 08/29/2002

**Defendant**
Minnie Shedd
Constructively served 08/29/2002

MAS-20030912  Case 1:03-cv-12617-RGS   Document 3   Filed 01/15/2004   Page 3 of 8   01/13/2004
kramercy                         Commonwealth of Massachusetts                       10:34 AM
                                    NORFOLK SUPERIOR COURT
                                         Case Summary
                                         Civil Docket

# NOCV2001-01833
## Pine Street Realty Coporation v Bellanger et al

**Defendant**
Paul A Babcock III
Served: 07/19/2002
Served (answr pending) 07/19/2002

**Defendant**
Ann Babcock aka
Served: 07/19/2002
Served (answr pending) 07/19/2002

**Alias defendant name**
Ann B Babcock
Active 11/16/2001

**Defendant**
Paul Babcock aka
Served: 06/12/2002
Served (answr pending) 06/12/2002

**Alias defendant name**
Paul G Bsbcock trustee
Active 11/16/2001

**Defendant**
Internal Reveue Service
Served: 06/05/2002
Served (answr pending) 06/05/2002

**Private Counsel 552726**
Barbara Healy Smith
US Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
Phone: 617-748-3263
Active 12/31/2003 Notify

MAS-20030912　　Case 1:03-cv-12617-RGS　Document 3　Filed 01/15/2004　Page 4 of 8　　01/13/2004
kramercy　　　　　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　10:34 AM
NORFOLK SUPERIOR COURT
Case Summary
Civil Docket

### NOCV2001-01833
### Pine Street Realty Coporation v Bellanger et al

**Defendant**
Massachusetts Department of Revenue
Served: 06/01/2002
Served (answr pending) 06/01/2002

**Defendant**
Benjamin W Nason executor
Served: 07/19/2002
Served (answr pending) 07/19/2002

**Defendant**
Winifred Fournier
Constructively served 08/29/2002

**Defendant**
Louise Roby
Constructively served 08/29/2002

**Defendant**
Jean R Dudley aka
Served: 06/01/2002
Answered: 07/03/2002
Answered 06/01/2002

**Private Counsel 556483**
Steven P Karol
Karol & Karol
424 Adams Street
Suite 202
Milton, MA 02186
Phone: 617-696-3999
Fax: 617-696-0420
Active 07/03/2002 Notify

**Alias defendant name**
Jean Ross Dudley executrix
Active 11/16/2001

MAS-20030912 Case 1:03-cv-12617-RGS Document 9 Filed 01/15/2004 Page 5 of 8 01/13/2004
kramercy Commonwealth of Massachusetts 10:34 AM
NORFOLK SUPERIOR COURT
Case Summary
Civil Docket

## NOCV2001-01833
## Pine Street Realty Coporation v Bellanger et al

| | |
|---|---|
| **Defendant**<br>Heirs assigns or devisees of Mary Dudley<br>Constructively served 08/29/2002 | |
| **Defendant**<br>Paul F Dudley aka<br>Served: 06/03/2002<br>Answered: 07/03/2002<br>Answered 07/03/2002 | **Private Counsel 556483**<br>Steven P Karol<br>Karol & Karol<br>424 Adams Street<br>Suite 202<br>Milton, MA 02186<br>Phone: 617-696-3999<br>Fax: 617-696-0420<br>Active 07/03/2002 Notify |
| **Alias defendant name**<br>Paul F Dudley Jr individually<br>Active 11/16/2001 | |
| **Defendant**<br>Paul F Dudley Jr Executor<br>Served: 06/03/2002<br>Served (answr pending) 06/03/2002 | |
| **Defendant**<br>R Bruce Cay Jr individually<br>Served: 07/19/2002<br>Answered: 07/03/2002<br>Answered 07/03/2002 | **Private Counsel 556483**<br>Steven P Karol<br>Karol & Karol<br>424 Adams Street<br>Suite 202<br>Milton, MA 02186<br>Phone: 617-696-3999<br>Fax: 617-696-0420<br>Active 07/03/2002 Notify |
| **Defendant**<br>R Bruce Cay Jr trustee<br>Served: 06/04/2002<br>Answered: 07/03/2002<br>Answered 06/04/2002 | *** See Attorney Information Above *** |

MAS-20030912  Case 1:03-cv-12617-RGS   Document 3   Filed 01/15/2004   Page 6 of 8   01/13/2004
kramercy                            Commonwealth of Massachusetts                    10:34 AM
                                       NORFOLK SUPERIOR COURT
                                            Case Summary
                                             Civil Docket

## NOCV2001-01833
## Pine Street Realty Coporation v Bellanger et al

| Defendant | *** See Attorney Information Above *** |
|---|---|
| Deborah Cay Holmes aka | |
| Served: 06/07/2002 | |
| Answered: 07/03/2002 | |
| Answered 06/07/2002 | |
| | |
| **Alias defendant name** | |
| Deborah Dudley Cay | |
| Active 11/16/2001 | |

MAS-20030912　　Case 1:03-cv-12617-RGS　　Document 3　　Filed 01/15/2004　　Page 7 of 8　　01/13/2004
kramercy　　　　　　　　　　　　　　Commonwealth of Massachusetts　　　　　　　　　　　　　　10:34 AM
NORFOLK SUPERIOR COURT
Case Summary
Civil Docket

### NOCV2001-01833
### Pine Street Realty Coporation v Bellanger et al

| | |
|---|---|
| **Defendant**<br>Deborah Cay Holmes aka<br>Served: 06/07/2002<br>Answered: 07/03/2002<br>Answered 06/07/2002 | *** See Attorney Information Above *** |
| **Alias defendant name**<br>Deborah Dudley Cay<br>Active 11/16/2001 | |
| **Defendant**<br>Susan Cay<br>Served: 07/19/2002<br>Answered: 07/03/2002<br>Answered 07/19/2002 | **Private Counsel 556483**<br>Steven P Karol<br>Karol & Karol<br>424 Adams Street<br>Suite 202<br>Milton, MA 02186<br>Phone: 617-696-3999<br>Fax: 617-696-0420<br>Active 07/03/2002 Notify |
| **Defendant**<br>Anne C Webb<br>Served: 07/19/2002<br>Answered: 07/03/2002<br>Answered 07/03/2002 | *** See Attorney Information Above *** |
| **Defendant**<br>Elaine Viehmann<br>Constructively served 08/29/2002 | |
| **Defendant**<br>Heirs of Edward D Talbot<br>Constructively served 08/29/2002 | |

MAS-20030912  Case 1:03-cv-12617-RGS  Document 3  Filed 01/15/2004  Page 8 of 8  01/13/2004
kramercy                    Commonwealth of Massachusetts                        10:34 AM
                                NORFOLK SUPERIOR COURT
                                    Case Summary
                                    Civil Docket

### NOCV2001-01833
### Pine Street Realty Coporation v Bellanger et al

**Defendant**
Timothy J Riordan
Served: 06/01/2002
Served (answr pending) 06/01/2002

**Defendant**
Anne T Riordan
Served: 06/01/2002
Served (answr pending) 06/01/2002

**Defendant**
Thomas P Vesey
Served: 07/19/2002
Served (answr pending) 07/19/2002

**Defendant**
Carol A Vesey
Served: 07/19/2002
Served (answr pending) 07/19/2002

**Defendant**
Richard Joseph Guyette
Served: 06/01/2002
Served (answr pending) 06/01/2002

**Defendant**
Claire R Guyette
Served: 06/01/2002
Served (answr pending) 06/01/2002