UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PINE STREET REALTY CORPORATION,<br>          Plaintiff,<br><br>v.<br><br>GEORGIA MAE BELLANGER ET AL,<br>          Defendants. | CIVIL ACTION<br>NO. 03-12617-RGS |

## PLAINTIFF'S MOTION TO REMAND CASE TO THE TRIAL COURT OF THE COMMONWEALTH OF MASSACHUSETTS, SUPERIOR COURT DEPARTMENT, NORFOLK COUNTY

Plaintiff Pine Street Realty Corporation ("Pine Street"), acting by and through counsel, hereby moves this Honorable Court to remand this case to the Trial Court of the Commonwealth of Massachusetts, Superior Court Division, Norfolk County ("Norfolk County Superior Court").

As more fully explained in the memorandum filed in support of this motion, this matter was both improperly and improvidently removed from the Superior Court Division and should be remanded to said court.

Pine Street respectfully requests that this Honorable Court remand this case to Norfolk County Superior Court.

### REQUEST FOR ORAL ARGUMENT

Pine Street respectfully requests that oral argument on this motion be scheduled.

Date: January 27, 2004

PINE STREET REALTY CORPORATION,
By its attorneys,

_____
Lisa J. Delaney BBO #550158
CARVIN & DELANEY LLP
P.O. Box 850991
Braintree, MA 02185
(781) 848-4140

Michael J. Markoff BBO #547590
P.O. Box 212
Falmouth, MA 02541
(508) 548-5500

T39931L.sav