UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PINE STREET REALTY CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>GEORGIA MAE BELLANGER ET AL,<br><br>        Defendants. | CIVIL ACTION<br>NO. 03-12617-RGS |

**CERTIFICATE PURSUANT TO LOCAL RULE 7.1**

I, Lisa J. Delaney Esq., hereby affirm and state:

1. I am counsel for the Plaintiff in this action. Michael J. Markoff, Esq., is co-counsel for the Plaintiff.

2. This action was commenced in the Trial Court of the Commonwealth of Massachusetts, Superior Court Division, Norfolk County ("Norfolk County Superior Court") and removed to this Court by Defendant United States of America. No other party requested or assented to said removal.

3. On January 23, 2004 and January 26, 2004, Attorney Markoff conferred separately with all counsel who have filed appearances in this action concerning Plaintiff's intention to move to remand this action to the Norfolk County Superior Court by calling same and speaking directly to them or leaving messages stating Pine Street intended to file a motion to remand this action to the Norfolk County Superior Court and inviting all counsel to call to further discuss this matter at their discretion. Counsel for Defendant United States of America did not assent to the proposed motion and counsel were unable to resolve or narrow the issue. Attorneys Suzanne Matthews, Joseph Klements, Steven Karol and Eileen Ryan-McAuliffe

T39931L.sav

indicated either in conversation or recorded voice mail they did not oppose the requested remand. The other attorneys of record did not express an opinion.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 27TH DAY OF JANUARY, 2004.

Date:  January 27, 2004

*[signature]*
Lisa J. Delaney BBO 550158
CARVIN & DELANEY LLP
P.O. Box 850991
Braintree, MA  02185
(781) 848-4140

T39931L.sav