IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

U.S. DISTRICT COURT
DISTRICT OF MASS.
CIVIL ACTION NO. 03 12617 RGS

| | | |
|---|---|---|
| PINE STREET REALTY CORP., | ) | Formerly |
| | ) | Civil No. 01-01833 |
| Plaintiff, | ) | Norfolk Co. Sup. Ct. |
| v. | ) | |
| | ) | |
| GEORGIA MAE BELLANGER, MINNIE SHEDD. LUCY PETTEE SPOONER, ALICE BABCOCK, MASSACHUSETTS NEW CHURCH UNION, ROXBURY SOCIETY OF THE NEW CHURCH, BOSTON, SOCIETY OF THE NEW CHURCH OF BOSTON, NEIGHBORHOOD HOUSE ASSOCIATION OF LYNN, MA, PAUL A. BABCOCK, INDIVIDUALLY and AS CONSERVATOR OF THE ESTATE OF ROSAMOND M. BABCOCK, ERNEST J. BABCOCK, INDIVIDUALLY and AS ADMINISTRATOR OF THE ESTATE OF ROSAMOND BABCOCK, PAUL A. BABCOCK, III, ANN BABCOCK, TRUSTEE OF THE MILTON BABCOCK TRUST OF DECEMBER 31, 1996, UNITED STATES OF AMERICA, MASSACHUSETTS DEPARTMENT OF REVENUE, BEJAMIN W. NASON, EXECUTOR OF THE ESTATE OF MARJORIE A. BABCOCK, WINIFRED FOURNIER, LOUISE ROBY, JEAN R. DUDLEY, A/K/A JEAN ROSS DUDLEY, EXECUTRIX OF THE ESTATE OF ELIZABETH CHAUNCY DUDLEY MITCHELL, the HEIRS, ASSIGNS, OR DEVISEES OF MARY E. DUDLEY, PAUL F. DUDLEY, INDIVIDUALLY and AS EXECUTOR UNDER THE WILL OF CHARLOTTE PREBBLE DUDLEY, R. BRUCE CAY, JR., INDIVIDUALLY and AS TRUSTEE UNDER THE WILL OF CHARLOTTE PREBBLE | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |

| | |
|---|---|
| DUDLEY, DEBORAH CAY HOLMES, A/K/A DEBORAH DUDLEY CAY, SUSAN CAY, ANNE C. BEBB, ELAINE VIEHMANN, THE HEIRS, ASSIGNS, or DEVISEES OF EDWARD D. TALBOT, WILLIAM T. CHATER, the HEIRS, ASSIGNS OR DEVISEES OF MARGARET EDITH BABCOCK PETTEE, SUSAN GILLETT BLAIR, PHILLIP LORING GILLETT, the HEIRS, ASSIGNS OR DEVISEES OF OMER RAND GILLETT, the HEIRS, ASSIGNS, OR DEVISEES OF LEVIS GOODE GILLETT, HELEN A. GILLETT, MARY RAND, WILLARD RAND, the HEIRS, ASSIGNS, OR DEVISEES OF WILLARD RAND, WESLEY J. DUDOVICZ, CATHERINE S. DUDOVICZ, ELIZABETH J. RAND, A/K/A SISTER MARIA TRINITAS, DONALD J. SASIN, DOROTHY A. SASIN, EDWARD S. MCLOUD, NANCY MCCLOUD, MATTHEW C. BIRNEY, SHANNON J. SIRAGUSA, AMELIA WHITAKER, JAMES A. BURGUN, ROBERT F. MCEANEY, ROBERT J. WAGNER, ELIZABETH ANN WAGNER, JAMES M. HALLEY, ROBERT B. HALLEY, CATHERINE M. WRIGHT, DOUGLAS K. HALLEY, FERN L. WRIGHT, GORDON S. HALLEY, HARRIETTE K. HALLEY, ALFRED CROWD, JR., DANIEL CROWD, DAVID C. CROWD, ALFRED A. PHILLIPS, JR., MELVIN PHILLIPS, FRANCIS PHILLIPS, JOHN M. PHILLIPS, ANDREA BRYAN, MARGARET STORKUS, INDIVIDUALLY and AS EXECUTRIX OF THE ESTATE OF DAVID CHESTER CROWD, ROY B. LANGILL, INDIVIDUALLY and AS EXECUTOR OF THE ESTATE OF ETTA G. LANGHILL, ROBERT G. ZEPF, DONNA M. ZEPT, TIMOTHY J. RIORDAN, ANNE T. RIORDAN, THOMAS P. VESEY, CAROL A. VESEY, RICHARD JOSEPH GUYETTEM CLAIRE R. GUYETTE, JAMES M. MADDEN, MELISSA MADDEN, And THE HEIRS, ASSIGNS, DEVISEES and | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

| | |
|---|---|
| LEGAL REPRESENTATIVES OF THE ABOVE NAMED DEFENDANTS,         Defendants, | ) ) ) ) |

## DISCLAIMER OF INTEREST

The Commonwealth of Massachusetts Commissioner of Revenue disclaims any interest in the above-captioned action but maintains the Commonwealth's right to pursue any actions it might have against the defendants.

Respectfully submitted,

ALAN LEBOVIDGE
COMMISSIONER OF REVENUE

By his attorneys

THOMAS F. REILLY
MASSACHUSETTS ATTORNEY GENERAL

*Eileen Ryan McAuliffe*
Eileen Ryan McAuliffe, BBO# 435260
Counsel for the Commissioner
Department of Revenue
Litigation Bureau, 7th Floor
P.O. Box 55486
51 Sleeper Street
Boston, Massachusetts 02205-548
(617) 626-3217

Dated: February 11, 2004
169007

## CERTIFICATE OF SERVICE

I, Eileen Ryan McAuliffe, hereby certify that I have served the within Massachusetts Commissioner of Revenue's Notice of Disclaimer by mailing copies of the same, postage prepaid, first class mail to:

Michael J. Markhoff, Esq.
184 Jones Road, P.O. Box 212
Falmouth, MA 02541

Suzanne B. Matthews, Esq.
742 Washington, P.O. Box 501
P.O. Box 501
Canton, MA 02021

Richard J. Grahn, Esq.
101 Arch Street – 9th Floor
Boston, MA 02110

Steven P. Karol, Esq.
424 Admas Street – Suite 202
Milton, MA 02186

Lisa Delaney, Esq.
44 Adams Street
P.O. Box 850991
Braintree, MA 02185

Joseph M. Klements, Esq.
Richardson & Tyler, LLP
15 Broad Street
Boston, MA 02109

Charles F. Rodman, Esq.
233 Needham Street – 3rd Floor
Newton Upper Falls, MA 02464

Joseph Shamon, Jr., Esq.
38 Orchard Street
Boston, MA 02130

Lydia D. Bottome, Esq.
U.S. Department of Justice, Civil Trial Sectionl
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044

Barbara Healy Smith, Esq.
Office of the U.S. Attorney
One Courthouse Way, Suite 9200
Boston, MA 02210

Dated: February 11, 2004

Eileen Ryan McAuliffe