IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS


| | | |
|---|---|---|
| PINE STREET REALTY CORP., | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 03-12617-RGS |
| | ) | |
| v. | ) | |
| | ) | |
| GEORGIA MAE BELLANGER, MINNIE | ) | Formerly |
| SHEDD, LUCY PETTEE SPOONER, | ) | Civil No. 01-01833 |
| ALICE BABCOCK, MASSACHUSETTS | ) | Norfolk Co. Sup. Ct. |
| NEW CHURCH UNION, ROXBURY | ) | |
| SOCIETY OF THE NEW CHURCH, | ) | |
| BOSTON, SOCIETY OF THE NEW CHURCH | ) | |
| OF BOSTON, NEIGHBORHOOD HOUSE | ) | |
| ASSOCIATION OF LYNN, MA, PAUL A. | ) | |
| BABCOCK, INDIVIDUALLY and AS | ) | |
| CONSERVATOR OF THE ESTATE OF | ) | |
| ROSAMOND M. BABCOCK, ERNEST J. | ) | |
| BABCOCK, INDIVIDUALLY and AS | ) | |
| ADMINISTRATOR OF THE ESTATE OF | ) | |
| ROSAMOND BABCOCK, PAUL A. | ) | |
| BABCOCK, III, ANN BABCOCK, TRUSTEE | ) | |
| OF THE MILTON BABCOCK TRUST OF | ) | |
| DECEMBER 31, 1996, UNITED STATES OF | ) | |
| AMERICA, MASSACHUSETTS DEPARTMENT | ) | |
| OF REVENUE, BENJAMIN W. NASON, | ) | |
| EXECUTOR OF THE ESTATE OF MARJORIE | ) | |
| A. BABCOCK, WINIFRED FOURNIER, | ) | |
| LOUISE ROBY, JEAN R. DUDLEY, A/K/A | ) | |
| JEAN ROSS DUDLEY, EXECUTRIX OF | ) | |
| THE ESTATE OF ELIZABETH CHAUNCY | ) | |
| DUDLEY MITCHELL, the HEIRS, ASSIGNS, OR | ) | |
| DEVISEES OF MARY E. DUDLEY, PAUL F. | ) | |
| DUDLEY, INDIVIDUALLY and AS | ) | |
| EXECUTOR UNDER THE WILL OF | ) | |
| CHARLOTTE PREBBLE DUDLEY, R. BRUCE | ) | |
| CAY, JR., INDIVIDUALLY and AS TRUSTEE | ) | |
| UNDER THE WILL OF CHARLOTTE PREBBLE | ) | |
| DUDLEY, DEBORAH CAY HOLMES, A/K/A | ) | |
| DEBORAH DUDLEY CAY, SUSAN CAY, | ) | |
| ANNE C. WEBB, ELAINE VIEHMANN, | ) | |
| THE HEIRS, ASSIGNS, or DEVISEES OF | ) | |
| EDWARD D. TALBOT, WILLIAM T. | ) | |

CHATER, the HEIRS, ASSIGNS OR DEVISEES    )
OF MARGARET EDITH BABCOCK PETTEE,    )
SUSAN GILLETT BLAIR, PHILLIP LORING    )
GILLETT, the HEIRS, ASSIGNS OR DEVISEES    )
OF OMER RAND GILLETT, the HEIRS,    )
ASSIGNS, OR DEVISEES OF LEWIS GOODE    )
GILLETT, HELEN A. GILLETT, MARY RAND,    )
WILLARD RAND, the HEIRS, ASSIGNS, OR    )
DEVISEES OF WILLARD RAND, WESLEY J.    )
DUDOVICZ, CATHERINE S. DUDOVICZ,    )
ELIZABETH J, RAND, A/K/A SISTER MARIA    )
TRINITAS, DONALD J. SASIN, DOROTHY A.    )
SASIN, EDWARD S. MCCLOUD, NANCY    )
MCCLOUD, MATTHEW C. BIRNEY,    )
SHANNON J. SIRAGUSA, AMELIA    )
WHITAKER, JAMES A. BURGUN, ROBERT    )
F. MCEANEY, ROBERT J. WAGNER,    )
ELIZABETH ANN WAGNER, JAMES M.    )
HALLEY, ROBERT B. HALLEY, CATHERINE    )
M. WRIGHT, DOUGLAS K. HALLEY, FERN    )
L. WRIGHT, GORDON S. HALLEY,    )
HARRIETTE K. HALLEY, ALFRED CROWD,    )
JR., DANIEL CROWD, DAVID C. CROWD,    )
ALFRED A. PHILLIPS, JR., MELVIN    )
PHILLIPS, FRANCIS PHILLIPS, JOHN M.    )
PHILLIPS, ANDREA BRYAN, MARGARET    )
STORKUS, INDIVIDUALLY and AS    )
EXECUTRIX OF THE ESTATE OF DAVID    )
CHESTER CROWD, ROY B. LANGILL,    )
INDIVIDUALLY and AS EXECUTOR OF THE    )
ESTATE OF ETTA G. LANGHILL, ROBERT    )
G. ZEPF, DONNA M. ZEPF, TIMOTHY J.    )
RIORDAN, ANNE T. RIORDAN, THOMAS P.    )
VESEY, CAROL A. VESEY, RICHARD    )
JOSEPH GUYETTE, CLAIRE R. GUYETTE,    )
JAMES M. MADDEN, MELISSA MADDEN,    )

and THE HEIRS, ASSIGNS, DEVISEES and          )
LEGAL REPRESENTATIVES OF THE                  )
ABOVE NAMED DEFENDANTS,                        )
                                               )
                    Defendants.                )

### United States' Disclaimer of Interest

The United States, by its undersigned counsel, hereby disclaims any interest in the above-captioned action but reserves any rights it may otherwise have to pursue a separate action against the defendants.  The United States does not take a position on the remand of this action to state court.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney


  /s/ Lydia D. Bottome
LYDIA D. BOTTOME
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

CERTIFICATE OF SERVICE

It is hereby certified that a copy of the above document was served upon all parties making an

appearance in this action by First Class Mail on February 17, 2004.


Michael J. Markhoff
184 Jones Road
P.O. Box 212
Falmouth, MA 02541

Suzanne B. Matthews
742 Washington Street
P.O. Box 501
Canton, MA 02021

Richard Grahn
101 Arch Street
9th Floor
Boston, MA 02110

Steven P. Karol
424 Adams Street - Suite 202
Milton, MA 02186

Eileen Ryan McAuliffe
Massachusetts Department of Revenue
51 Sleeper Street
P.O. Box 9468
Boston, MA 02205-9468

Lisa Delaney
44 Adams Street
P.O. Box 850991
Braintree, MA 02185

Joseph Klements
Richardson & Tyler, LLP
15 Broad Street
Boston, MA 02109

Charles Rodman
233 Needham Street
3rd Floor
Newton Upper Falls, MA 02464

Joseph Shamon
38 Orchard Street
Boston, MA 02130

/s/ Lydia D. Bottome
LYDIA D. BOTTOME
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6560
Lydia.D.Bottome@usdoj.gov

- 4 -