UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12617-RGS

PINE STREET REALTY CORPORATION

v.

GEORGIA MAE BELLANGER ET AL

ORDER ON MOTION TO REMAND

February 18, 2004

STEARNS, D.J.

In the absence of a timely opposition and on the weight of the argument, the motion to remand is ALLOWED.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE